IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Great Valley Publishing, | : | |
| | : | No. 49 C.D. 2015 |
| Petitioner | : | Submitted: January 15, 2016 |
| | : | |
| v. | : | |
| | : | |
| Unemployment Compensation | : | |
| Board of Review, | : | |
| | : | |
| Respondent | : | |

**O R D E R**

**NOW,** this 12<u>th</u> day of <u>May</u>, 2016, it is ordered that the above-captioned Memorandum Opinion, filed March 8, 2016, shall be designated OPINION and shall be REPORTED.

_____
MICHAEL H. WOJCIK, Judge